## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re

NATIONAL LUMBER
& SUPPLY, INC.

        Debtor(s)

ENTERED

APR 25 2000

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                          Deputy Clerk

Case No. SA90-02231-JB

ORDER TO PAY UNCLAIMED FUNDS

U. S. BANKRUPTCY COURT
FILED

APR 25 2000

Jon D. Ceretto, Clerk of Court
CENTRAL DISTRICT OF CALIFORNIA
BY:                       Deputy Clerk

It appears that a check made payable to LINDA C. MILLER in the amount of $2,025.29, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on February 23, 2000 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that LINDA MILLER BRONKOWSKI fna LINDA C. MILLER c/o Washington Research Trust now claims the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,025.29 to LINDA MILLER BRONKOWSKI c/o Washington Research Trust.

Dated this 25th day of April 2000.

_____
United States Bankruptcy Judge

JUDGE - revised 6/93