ORIGINAL

(13)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

FILED MAY 25 2004 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

| In re<br><br>National Lumber & Supply, INC.<br><br>Debtor(s) | BK. NO. SA 90-02231JB<br><br>MOTION FOR ORDER RELEASING UNCLAIMED FUNDS<br><br>Hearing Date:<br>Time:<br>Place: |
|---|---|

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $1,726.78 which is the sum of all moneys deposited with the court on the following date(s) 2/14/00 on behalf of the creditor Thomas Shaver on claim No.(s) 1836

2. (Please check and complete the applicable subparagraph(s) below):

X A. I am the creditor named in paragraph 1.

___ B. I am an employee of the creditor named in paragraph 1 and my title is ________________. The creditor is still legally entitled to the moneys and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

X C. I am the creditor and have appointed The Financial Resources Group, Inc. as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

___ D. Subparagraphs A, B, & C above do not apply, but I am entitled to payment of such moneys because (submit evidence establishing basis for right to

SCAN TSH

1939 HR

obtain payment).

N/A

3. Please complete each of the following subparagraphs:

A. The following is the creditor's address and phone number:

PO box 363,

Dolan Springs, AZ 86441

928-767-3352

B. And a brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale the company from the prior to the new owner(s):

I MOVED FROM BRILL RD. IN MORENO VALLEY CA. TO FORT COLLINS CO. AND LIVED WITH MY SISTER.

4. I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000.00, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

5. On 5/20/04, a fully completed copy of this document was mailed to the:

United States Attorney
312 North Spring Street
Los Angeles, California 90012

United States Trustee's Office
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

**Please insert the address of the Trustee (or Reorganized Debtor, or other Fiduciary in charge of claims):**

Richard A. Marshack
c/o MARSHACK SHULMAN HODGES & FRIEDMAN, LLP
8001 Irvine Center Dr, Suite 900
Irvine, California 92618-2921

Creditor's Signature*

(Corporate Seal if applicable) n/a

Thomas M. Shaver
Type or Print Creditor's Name

PO box 363,
Creditor's Address

Dolan Springs, AZ 86441

State of Arizona ) ss
County of Mohave )

On April 9, 2004 before me, (insert name and title of the signer), personally appeared Thomas M. Shaver

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name (s) capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS my hand and offical seal.**

Signature Janet L. Desmarais

My commission expires on 1/2/05



**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CASE NO. SA 90-02231 JB** |
| **National Lumber & Supply, Inc.** | ) | |
| | ) | **CHAPTER: 7** |

**AFFIDAVIT OF THE FINANCIAL RESOURCES GROUP INC.**

I, Larry L. Moses, hereby state that:

1. I am General Manager of The Financial Resources Group, Inc. which was appointed "Attorney in Fact" for Thomas Shaver.

2. I have made all reasonable efforts to believe that Thomas Shaver is legally entitled to these unclaimed funds being applied for herewith.

3. I am familiar with the State of California requirements associated with personal representation of individuals and corporations through acting in the capacity of "Attorney in Fact".

By: [signature]
Larry L. Moses
General Manager
The Financial Resources Group, Inc.

Subscribed and sworn to before me this 20th day of May 2004.

[signature]
Notary Public

My commission expires on 10/22/05

(Seal)

**Attorney/Attorney-in-Fact (if appointed)**

[signature]
**Signature***

**Larry L. Moses, General Manager**
**Type or Print Name**

**The Financial Resources Group, Inc.**
**Address**

**700 Mechem Drive, Suite 8B**

**Ruidoso, New Mexico 88345**

State of New Mexico )
) ss.
County of Lincoln )

On 5/10/04 before me, (insert name and title of the signer), personally appeared
Larry Moses
General Manager

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which ther person(s) acted, executed the instrument.

**WITNESS my hand and offical seal.**

Signature [signature]
My commission expires on 10/22/05 (SEAL)

NOTARY PUBLIC STATE OF NEW MEXICO LINDA HAJAR

*** All Signatures must be notarized.**

**Presented by** [signature]
**Larry L. Moses, General Manager**

**The Financial Resources Group, Inc.**

# LIMITED POWER OF ATTORNEY

*KNOW ALL MEN BY THESE PRESENTS, That*

Thomas Shaver

*has made, constituted and appointed and by these presents does make, constitute and appoint:*

The Financial Resources Group, Inc.

*my true and lawful attorney, for me and in my name, place and stead and for my use and benefit* ,

**ONLY** to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$1,726.78

*giving and granting unto my said attorney full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural. This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.*

Signature — Date 4/9/2004

Thomas Shaver — SSN XXX-XX-3175

## NOTARY ACKNOWLEDGEMENT

*State of* Arizona

*County of* Mohave

*SUBSCRIBED AND SWORN on the* 9th *day of* April *,2004 before me, personally appeared* Thomas M. Shaver *personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.*

**Identification for the above named was Driver License No. (or specify other identification):**__________

*WITNESS my hand and official seal,*

*Signature* Janet L. Desmarais *Residing at* Dolan Springs, AZ *(seal)*



LINDA

PLEASE LET ME NO IF THIS GOT TO YOU. YOU CAN, CALL ME AT HOME AND LEAVE A MESAGE.

THOMAS SHAVER
(928) 767-3352




Pic ID

frontier
A Citizens Communications Company
PO BOX 3609
KINGMAN AZ 86402-3609

Page 1 of 6

Proof of Current address

001459 01 AV 0.278 0005
TOM SHAVER
PO BOX 363
DOLAN SPRINGS AZ 86441-0363

**WE APPRECIATE YOUR BUSINESS**
**THANK YOU FOR CHOOSING**
**FRONTIER**

| | |
|---|---|
| Date of Bill | 4/05/04 |
| Account Number | 9287673352 111903 5 |
| AMOUNT OF PREVIOUS BILL | [redacted] |
| UNPAID BALANCE (DEDUCT IF PAID) | [redacted] |
| AMOUNT OF CURRENT BILLING DUE BY 4/20/04 | [redacted] |
| **Total Amount Due** | [redacted] |

A Late Payment of 1.5% applies each month to the total unpaid balance carried forward.

**FOR BILLING INQUIRIES**
CALL: (800) 921-3101

Your Personal Identification Number is 1378

Visit us at our Website:
www.frontieronline.com

See our "Customer Talk" section for important messages from Frontier

Please detach the payment slip below and include with your payment in the return envelope provided. Please retain this portion for your records. Please write your account number on your check.



PO BOX 3609
KINGMAN AZ 86402-3609

| | |
|---|---|
| Date of Bill | 4/05/04 |
| Current Amount Due By Date | 4/20/04 |
| Account Number | 9287673352 111903 5 |
| Total Amount Due |  |
| Amount Paid | |

☐ Check here for address change. See Reverse Side.

TOM SHAVER
PO BOX 363
DOLAN SPRINGS AZ 86441-0363

FRONTIER
PO BOX 79146
PHOENIX AZ 85062-9146

633089287673352111903000003886 75

Proof of Prior Address

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| JSQ | 067610 | 505002 | | 0000902196 | 1 |

*U.S. RENTALS, INC.*
*1581 CUMMINS DRIVE, SUITE 155*
*MODESTO, CA 95358*

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
State: 2

# Earnings Statement

ADP

Period Ending: 12/20/95
Pay Date: 12/28/95

THOMAS M. SHAVER
21361 BRILL RD
MORENO VALLEY CA 92553

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | [redacted] | | [redacted] | [redacted] |
| Overtime | | | | |
| Sick | | | | |
| Gross Pay | | | [redacted] | [redacted] |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | [redacted] | [redacted] |
| | Social Security Tax | | |
| | Medicare Tax | | |
| | CA State Income Tax | | |
| | CA SUI/SDI Tax | | |
| | Net Pay | [redacted] | |

Your federal taxable wages this period are [redacted]
Your state taxable wages this period are [redacted]

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Qtd Federal Tax | | [redacted] |
| Qtd Gross | | |
| Qtd Medicare | | |
| Qtd Sdi | | |
| Qtd Soc Sec/Med | | |
| Qtd Soc Secur. | | |
| Qtd State Tax | | |
| Ytd State Tax | | |
| * | | [illegible] |
| Birthdate | | 05/0[illegible]/52 |
| Data Control | | FT F |
| Employee Status | | Active |
| Employee Title | | MECHANIC |
| Hire Date | | 08/14/95 |
| Rate One | | [redacted] |
| Sick Balance | | |
| Vacation Balanc | | |

© 1993 Automatic Data Processing, Inc.

TO WHOM IT MY CONCERN I MOVED FROM BRILL Rd. IN MORENO VALLEY CA. TO FORT COLLINS CO. AND FROM THIER TO LAS VEGAS NV. AND THEN TO DOLAN SPRINGS AZ. AND THAT IS MY PRESENT HOME. I HAVE INCLUDED A COPY OF MY PHONE BILL AT MY PRESENT ADRESS AND A COPY OF MY PAY STUB WITH MY MORENO VALLEY CA. ADRESS



PRIOR ADDRESS STATEMENT

FILED Julia

COPY

Richard A. Marshack
c/o **MARSHACK SHULMAN HODGES & FRIEDMAN LLP**
8001 Irvine Center Drive, Suite 900
Irvine, California 92618-2921
Telephone: (949) 864-0400
Facsimile: (949) 864-0444

Chapter 7 Trustee

00 FEB 15 AM 11:50
CLERK U.S. BANKRUPTCY COURT, CALIFORNIA. BY:________

Acc POC coming by mail

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>NATIONAL LUMBER & SUPPLY, INC.,<br><br>Debtor. | Case No. SA 90-02231JB<br><br>Chapter 7<br><br>**AMENDED REPORT OF UNDISTRIBUTED BALANCE**<br><br>No Hearing Required |

TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT

Please find annexed hereto check Number 8008 in the sum of $ 443,185.55 representing the total undistributed balance in the above-entitled debtor's estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the Party(ies) entitled to said unclaimed funds(s) is (are) as follows see attached:

DATE: 2/14/00

Richard A. Marshack
Chapter 7 Trustee

M:\OFFICE\WPWIN\CLOSING\3011RPT\RTDNL.AMD.WPD

| CLAIM # | NAME | DESC | CLM AMT | DST AMT | W/H TAX | TOTAL PAYMENT TO CLAIMANT |
|---|---|---|---|---|---|---|
| 1836 | Thomas Shaver<br>21861 Brill Rd<br>Moreno Valley, CA 92388-8120 | vac | $ 1,880.00 | $ 1,880.00 | $ 153.22 | $ 1,726.78 |
| 1850 | Ricardo Recinos<br>1461-1/2 W 55th<br>Los Angeles, CA 90062-2811 | vac | $ 600.00 | $ 600.00 | $ 48.90 | $ 551.10 |
| 1853 | Pamela Bassingthwaighte<br>1642 Freda Lane<br>Cardiff, CA 92007-1107 | vac/sick | $ 1,580.50 | $ 1,580.50 | $ 128.81 | $ 1,451.69 |
| 1854 | Sandra Nelson<br>3907 Pierce St #339<br>Riverside, CA 92505-3807 | vac | $ 230.00 | $ 230.00 | $ 18.75 | $ 211.26 |
| 1859 | Gregory Sy<br>26121 Frampton Ave #B<br>Harbor City, CA 90710-3407 | vac | $ 375.88 | $ 375.88 | $ 30.63 | $ 345.25 |
| 1866 | Linda Rhodes<br>12422 Groveview #8<br>Garden Grove, CA 92840-4724 | vac | $ 210.00 | $ 210.00 | $ 17.12 | $ 192.89 |
| 1869 | Regina M. Garcia<br>6916 Spinel Ave<br>Alta Loma, CA 91701-4809 | vac/sev | $ 2,000.00 | $ 2,000.00 | $ 163.00 | $ 1,837.00<br>BK |
| 1889 | John B. Brucker<br>1191 El Camino Real #149<br>Oceanside, CA 92054-4788 | vac/sick | $ 2,000.00 | $ 2,000.00 | $ 163.00<br>BK | $ 1,837.00 |
| 1935 | Monica Machta<br>3323 E 15th St #R<br>Long Beach, CA 90804-2834 | vac | $ 810.00 | $ 810.00 | $ 66.02 | $ 743.99 |
| 2029 | Edward Gilbert<br>10127 Foster Rd #C<br>Downey, CA 90242-5064 | vac | $ 2,000.00 | $ 2,000.00 | $ 163.00<br>BK | $ 1,837.00 |
| 2030 | Victoria Miller<br>6821 Eagle Rock Dr<br>riverside, CA 92505-1011 | sev | $ 1,800.00 | $ 1,800.00 | $ 146.70 | $ 1,653.30 |
| 2049 | Gregory Payne<br>1332 Arcadia Ave<br>Vista, CA 92084-3415 | vac | $ 1,047.00 | $ 1,047.00 | $ 85.33 | $ 961.67 |
| 2059 | Eric R. Weaver<br>5823 Hayter Ave<br>Lakewood, CA 90712-1044 | vac | $ 408.00 | $ 408.00 | $ 33.25 | $ 374.75 |