Richard A. Marshack, Trustee
**c/o SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone: (949) 340-3400
Facsimile: (949) 340-3000

FILED
MAR 17 2008

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**NATIONAL LUMBER & SUPPLY, INC.,**<br><br>Debtor. | Case No. 8:90-02231-RK<br><br>Chapter 7<br><br>**REPORT OF UNDISTRIBUTED BALANCE UNDER FEDERAL BANKRUPTCY RULE 3011**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto check number __5517__, in the amount of $__46.00__ representing the total undistributed balance in the above-entitled Debtor's estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name(s) and address(es) of the Parties entitled to said unclaimed funds is as follows. See Attachment.

Date: 3-17-08

_____
Richard A. Marshack
Chapter 7 Bankruptcy Trustee

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

18700-000\56

1

Case Name: National Lumber & Supply, Inc.
Case No.: 8:90-02231-RK

Unclaimed Dividends:

| | |
|---|---|
| CITY OF LONG BEACH<br>City Clerk, Lobby Level<br>333 W. Ocean Blvd.<br>Long Beach, CA 90802 | $46.00 |

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

18700-000\56

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Foothill Ranch, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 26632 Towne Centre, Suite 300, Foothill Ranch, California 92610.

On March 17, 2008, I served the documents named below on the parties as follows:

DOCUMENT(S) SERVED:  **REPORT OF TRUSTEE UNDER FEDERAL BANKRUPTCY RULE 3011**

SERVED UPON:  OFFICE OF THE U.S. TRUSTEE
411 W. FOURTH STREET, SUITE 9041
SANTA ANA, CA 92701

X  **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Foothill Ranch, California. I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(BY FACSIMILE)** Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list. The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error.

**(BY OVERNIGHT DELIVERY)** I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery or for overnight delivery by Express Mail via the United States Postal Service.

**(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by First Legal Support Services to receive documents to be delivered on the same date. A proof of service signed by the authorized courier shall be filed upon receipt from First Legal Support Services.

X  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on March 17, 2008, at Foothill Ranch, California.

*/s/ Anne M. Vernon/*
Anne Marie Vernon

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

18700-000\56